IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MILWAUKEE CASUALTY INSURANCE COMPANY,** | : | Civil No. 1:18-cv-1704 |
| **Plaintiff,** | : | |
| v. | : | |
| **LCA HOLDINGS INC. C/O EPIC/FREEDOM, LLC,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# O R D E R

Counsel having reported to the court that this case has settled, **IT IS HEREBY ORDERED THAT** this case is dismissed without costs and without prejudice to the right, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated. This court retains jurisdiction for purposes of enforcing the settlement agreement.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: March 27, 2019